■ In the Matter of MARK F. SCARCELLO, an Attorney, Resignor. [801 NYS2d 170]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Green, J.P., Scudder, Gorski, Pine and Lawton, JJ.

■ In the Matter of ROBERT B. FURR, JR., an Attorney, Resignor. [801 NYS2d 170]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD ALMAREZ, Appellant. [801 NYS2d 549]—Motion for reargument granted and, upon reargument, the memorandum and order entered June 10, 2005 amended by deleting the second independent clause of the last sentence of the memorandum. Present—Pigott, Jr., P.J., Gorski, Smith, Pine and Lawton, JJ. [*See* 19 AD3d 1005.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSO M. DIGGS, JR., Appellant. [801 NYS2d 551]—Motion for reargument granted and, upon reargument, the memorandum and order entered June 10, 2005 amended by deleting the phrase "several years earlier" from the third sentence of the first paragraph of the memorandum and substituting the phrase "upon an earlier arrest." Present—Pigott, Jr., P.J., Green, Gorski, Martoche and Smith, JJ. [*See* 19 AD3d 1098.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PRESTON FLEMING, Appellant. [801 NYS2d 548]—Motion to dismiss appeal granted. Memorandum: Appeal unanimously dismissed and matter remitted to Ontario County Court to vacate the judgment of conviction and dismiss the indictment (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS HARPER, Appellant. [801 NYS2d 551]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Elma A. Bellini, J.— Attempted Burglary, 3rd Degree). Present—Pigott, Jr., P.J., Gorski, Martoche, Pine and Lawton, JJ.